IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Erik B. Cherdak, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:11-CV-0480-LO-TCB |
| | : |
| Crocs, Inc. | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Plaintiff Erik B. Cherdak, having filed a complaint in this action alleging that defendant Croc, Inc. ("CROCS") has infringed U.S. Patent 5,343,445 ("the '445 Patent"), hereby stipulates to the dismissal with prejudice of the above stated action.

Respectfully submitted,

  /S/ *Daniel S. Ward*
Daniel S. Ward VSB 45978
Ward & Ward PLLC
2020 N Street, NW
Washington, DC 20036
(202) 331-8160
(202) 503-1455 Fax dan@wardlawdc.com
ATTORNEY FOR PLAINTIFF
    ERIK B. CHERDAK