IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ERIK B. CHERDAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:11-cv-480 |
| | ) |
| CROCS, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal with prejudice (Dkt. No. 17) pursuant to Federal Rule of Civil Procedure 41. For good cause appearing, the matter is hereby DISMISSED WITH PREJUDICE.

November 28, 2011
Alexandria, VA

/s/
Liam O'Grady
United States District Judge